**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

PATRICK PELTIER, Civil No. 00-13 (DWF/AJB)

Plaintiff,

v. **ORDER OF DISMISSAL**

COMMERCIAL SERVICE CO., INC.,
THOMAS MURPHY, individually,
STEVEN T. ROSSO, P.A. Law Firm, and
STEVEN T. ROSSO, Esq., individually,

Defendants.

---

Thomas Lyons, Jr., Esq., Consumer Justice Center, 342 County Road D East, Little Canada, MN 55117, counsel for Plaintiff.

Michael L. Brutlag, Esq., Brutlag Hartmann & Okoneski, 1100 Pillsbury Center, 200 6th Street South, Minneapolis, MN 55402, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 24, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed MAY 24 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________